In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-199 CR


____________________



BOBBY RAY CARTER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. CR 24996






 MEMORANDUM OPINION 


 A jury found Bobby Ray Carter guilty of possession of child pornography. Tex.
Pen. Code Ann. § 43.26(a),(d) (Vernon 2003). The trial court sentenced Carter as an
habitual offender to imprisonment for life. Tex. Pen. Code Ann. § 12.42(d) (Vernon
Supp. 2005).

 Carter's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California,
386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); and High v. State, 573 S.W.2d 807
(Tex. Crim. App. 1978). On December 1, 2005, we granted an extension of time for
Carter to file a pro se brief. We received no response from the appellant. 

 We reviewed the appellate record, and agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511
(Tex. Crim. App. 1991). The judgment is affirmed.

 AFFIRMED.

 ___________________________

 HOLLIS HORTON

 Justice



Submitted on March 7, 2006

Opinion Delivered March 15, 2006 

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.